# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DOMINIC ROCHE GIRARD, | CASE No.: 1:25-cv-02450 |
| *Plaintiff,* | JUDGE CHARLES ESQUE FLEMING |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| CWPVA, INC. d/b/a HOME GENIUS EXTERIORS, | **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| *Defendants.* | |

Defendant CWPVA, Inc. d/b/a Home Genius Exteriors ("Defendant"), respectfully moves this Court to extend the date by which they shall answer or otherwise respond to Plaintiff's Complaint by 21 days to December 26, 2025. Plaintiff does not oppose this motion.

**WHEREFORE**, Defendant respectfully requests that this Court extend the date to answer or otherwise respond to Plaintiff's Complaint until December 26, 2025. A proposed Order is attached.

Respectfully Submitted,

*/s/ Marc A. Sanchez*
Marc A. Sanchez (0063998)
msanchez@frantzward.com
Gregory R. Farkas (0069109)
gfarkas@frantzward.com
**FRANTZ WARD LLP**
200 Public Square, Suite 3000
Cleveland, Ohio 44114
(216) 515-1660

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically on December 5, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Marc A. Sanchez*
*One of the Attorneys for Defendant*
