IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DOMINIC ROCHE GIRARD, | CASE No.: 1:25-cv-02450 |
| *Plaintiff,* | JUDGE CHARLES ESQUE FLEMING |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| CWPVA, INC. d/b/a HOME GENIUS EXTERIORS, | **DEFENDANT CWPVA INC'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| *Defendants.* | |

For its answer to plaintiff Dominic Roche Girard's ("Plaintiff's") Complaint, defendant CWPVA, Inc. ("Defendant") states as follows:

**INTRODUCTION**

1. Defendant admits that Plaintiff brings this action under the provisions of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* and its enabling regulations (the "TCPA"). Defendant denies that it violated any provision of the TCPA and denies any remaining allegations in paragraph 1 of the Complaint.

2. Defendant denies the allegations in paragraph 2 of the Complaint.

3. Defendant states that the allegations in paragraph 3 of the Complaint consists of legislative history of the TCPA to which no response is required. To the extent that the allegations in paragraph 3 contain any factual allegations against Defendant, Defendant denies those allegations.

4. Defendant states that the allegations in paragraph 4 of the Complaint consist of legislative history of the TCPA to which no response is required. To the extent that the allegations in paragraph 4 contain any factual allegations against Defendant, Defendant denies those allegations.

5. Defendant denies that Plaintiff is entitled to the relief sought in paragraph 5 of the Complaint and denies any remaining allegations in that paragraph.

## PARTIES

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. Defendant admits the allegations in paragraph 7 of the Complaint.

## JURISDICTION AND VENUE

8. Defendant admits the allegations in paragraph 8 of the Complaint.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint as those allegations pertain to Plaintiff. Defendant denies the remaining allegations in paragraph 9.

## FACTUAL ALLEGATIONS

10. Defendant admits the allegations in paragraph 10 of the Complaint.

11. Defendant denies the allegations in paragraph 11 of the Complaint.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint.

4877-3753-1540, v. 1

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint.

4877-3753-1540, v. 1

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Complaint.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the Complaint.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint.

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Complaint.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Complaint.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Complaint.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the Complaint.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint.

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Complaint.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint.

44. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Complaint.

45. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the Complaint.

46. Defendant denies the allegations in paragraph 46 of the Complaint.

47. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the Complaint.

48. Defendant denies the allegations in paragraph 48 of the Complaint.

49. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the Complaint.

4877-3753-1540, v. 1

50. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Complaint.

51. Defendant denies the allegations in paragraph 51 of the Complaint.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Complaint.

53. Defendant denies the allegations in paragraph 53 of the Complaint.

54. Defendant denies the allegations in paragraph 54 of the Complaint.

55. Defendant denies the allegations in paragraph 55 of the Complaint.

## CLASS ACTION ALLEGATIONS

56. Defendant incorporates by reference the admissions and denials of the preceding paragraphs by reference.

57. Defendant admits that Plaintiff purports to bring this action on behalf of a class. Defendant denies that any class can properly be certified under Fed. R. Civ. P. 23.

58. Defendant denies that either of Plaintiff's proposed classes can be certified under Fed. R. Civ. P. 23.

59. Defendant denies the allegations in paragraph 59 of the Complaint.

60. Defendant admits the allegations in paragraph 60 of the Complaint.

61. Defendant denies the allegations in paragraph 61 of the Complaint.

62. Defendant admits that the Complaint seeks money damages and injunctive relief but denies that any such relief is appropriate.

63. Defendant denies the allegations in paragraph 63 of the Complaint.

64. Defendant denies the allegations in paragraph 64 of the Complaint.

65. Defendant denies the allegations in paragraph 65 of the Complaint.

4877-3753-1540, v. 1

66. Defendant denies the allegations in paragraph 66 of the Complaint.

67. Defendant denies the allegations in paragraph 67 of the Complaint.

68. Defendant denies the allegations in paragraph 68 of the Complaint.

69. Defendant denies the allegations in paragraph 69 of the Complaint.

70. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the Complaint.

71. Defendant denies the allegations in paragraph 71 of the Complaint.

72. Defendant denies the allegations in paragraph 72 of the Complaint.

73. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 of the Complaint.

## COUNT I

74. Defendant reincorporates the admissions and denials of the preceding paragraphs by reference.

75. Defendant admits that the TCPA contains the quoted language.  Defendant denies it violated any provision of the TCPA and denies any remaining allegations in paragraph 75 of the Complaint.

76. Defendant admits that the TCPA contains the quoted language.  Defendant denies it violated any provision of the TCPA and denies any remaining allegations in paragraph 76 of the Complaint.

77. Defendant admits that the TCPA contains the quoted language.  Defendant denies it violated any provision of the TCPA and denies any remaining allegations in paragraph 77 of the Complaint.

4877-3753-1540, v. 1

78. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the Complaint.

79. Defendant denies the allegations in paragraph 79 of the Complaint.

80. Defendant denies the allegations in paragraph 80 of the Complaint.

81. Defendant denies the allegations in paragraph 81 of the Complaint.

## COUNT II

82. Defendant reincorporates the admissions and denials of the preceding paragraphs by reference.

83. Defendant states that the allegations in paragraph 83 of the Complaint consistent solely of legal conclusions to which no response is required. To the extent any response is required, Defendant denies any violation of the TCPA and denies any remaining in allegations in paragraph 83.

84. Defendant admits that the quoted language in contained in the TCPA. Defendant denies it violated any provision of the TCPA and denies any remaining allegations in paragraph 84 of the Complaint.

85. Defendant denies the allegations in paragraph 85 of the Complaint.

86. Defendant denies the allegations in paragraph 86 of the Complaint.

87. Defendant denies the allegations in paragraph 87 of the Complaint.

88. Defendant admits that the quoted language is contained in the TCPA. Defendant denies that it violated the TCPA and denies any remaining allegations in paragraph 88 of the Complaint.

89. Defendant denies the allegations in paragraph 89 of the Complaint.

90. Defendant denies the allegations in paragraph 90 of the Complaint.

91. Defendant denies the allegations in paragraph 91 of the Complaint.

92. Defendant denies the allegations in paragraph 92 of the Complaint.

93. Defendant denies the allegations in paragraph 93 of the Complaint.

94. Defendant denies the allegations in paragraph 94 of the Complaint.

95. Defendant denies the allegations in paragraph 95 of the Complaint.

96. Defendant denies the allegations in paragraph 96 of the Complaint.

97. Defendant denies the allegations in paragraph 97 of the Complaint.

98. Defendant denies the allegations in paragraph 98 of the Complaint.

99. Defendant denies the allegations in paragraph 99 of the Complaint.

## PRAYER FOR RELIEF

100. Defendant denies that Plaintiff or the Classes are entitled to any of the relief sought.

## ADDITIONAL DAMAGES

101. Plaintiff fails to state a claim upon which relief can be granted.

102. The claims of Plaintiff and the Classes are barred, in whole or in part, by lack of standing and the lack of any actual injury.

103. The claims of Plaintiff and the Classes are barred, in whole or in part, by the doctrine of consent.

104. The claims of Plaintiff and the Classes are barred, in whole or in part, because Defendant can demonstrate that any violations were unintentional, accidental, and as a result of a bona fide error which occurred notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

105. The claims of Plaintiff and the Classes are barred, in whole or in part, because the callers obtained consent, prior express invitation or permission or had an established business relationship with the Plaintiff and the other members of the Classes.

106. The claims of Plaintiff and the Classes are barred, in whole or in part, by the doctrines of waiver and estoppel.

107. The claims of Plaintiff and the Classes are barred, in whole or in part because Defendant and/or its vendors maintain a written policy regarding a do-not-call list and abides by other do-not-call list requirements.

108. The claims of Plaintiff and the Classes are barred, in whole or in part, because the alleged damages or injuries were caused in whole or in part by the acts or omissions of third parties over which Defendant had no control.

109. The claims of Plaintiff and the Classes are barred, in whole in part, by their failure to mitigate their damages.

**WHEREFORE**, having answered Plaintiff's Complaint, Defendant requests that the Court dismiss this action with prejudice, deny Plaintiff's request for class certification, award Defendant its reasonable attorneys' fees and costs incurred in defending this action, and for such other relief this Court deems just and proper.

        Respectfully Submitted,

        */s/ Gregory R. Farkas*
        Marc A. Sanchez (0063998)
        msanchez@frantzward.com
        Gregory R. Farkas (0069109)
        gfarkas@frantzward.com
        **FRANTZ WARD LLP**
        200 Public Square, Suite 3000
        Cleveland, Ohio 44114
        (216) 515-1660

        *Attorneys for Defendant*

4877-3753-1540, v. 1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically on December 26, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Gregory R. Farkas*
*One of the Attorneys for Defendant*
