## ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) ) | REPORT OF PARTIES' PLANNING MEETING UNDER FED.R.CIV.P. 26(f) and L.R. 16.3(b) |
| Defendant. | ) ) ) ) ) |  |

1. Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on _____, 2025, and was attended by:

   _____ Counsel for plaintiff (s) _____

   _____ Counsel for plaintiff (s) _____

   _____ Counsel for defendant(s) _____

   _____ Counsel for defendant(s) _____

2. The parties:

   _____ have exchanged the pre-discovery disclosures required by Rule 26 (a) (1)

   _____ will exchange such disclosures by _____, 2025

   _____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_____Expedited           _____Standard           _____Complex

_____Administrative      _____Mass Tort

4. This case is automatically designated as suitable for Electronic Case Filing (ECF). Is there any reason that the designation should change to "not suitable for ECF"? _____

_____

5. Choose one of the following:

_____This case **is** suitable **now** for **ADR** or_____(insert an alternative ADR).

or,

_____Case **is not** suitable for ADR at this time.

or,

_____Case **is not** suitable for ADR at any time.

6. The parties_____do/_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C.§ 636 (c).

7. Federal jurisdiction is based upon _____

_____

8. Recommended Discovery Plan:

   a) Describe the claims & defenses on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

   b) Non-Expert discovery deadline: _____

  c)  If applicable, set forth the issues that will be addressed by experts and provide proposed deadlines: _____

_____

_____

_____

    Expert report for the party with the burden of proof deadline: _____

    Rebuttal expert report deadline: _____

    Expert discovery cut-off deadline: _____

9. The pleadings shall be amended **without** leave of Court on or before:_____.

10. Recommended dispositive motion date:_____.

11. Recommended date for a Status Conference _____ or Settlement Conference _____.

12. Other matters for the attention of the Court:_____

_____

_____

_____

    Attorney for Plaintiff (s) _____

    Attorney for Plaintiff (s) _____

    Attorney for Plaintiff (s) _____

    Attorney for Defendant(s) _____

    Attorney for Defendant(s) _____

    Attorney for Defendant(s) _____