## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DOMINIC ROCHE GIRARD, *on behalf of himself and others similarly situated,*<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CWPVA, INC. d/b/a HOME GENIUS EXTERIORS<br><br>　　　　　Defendant. | Case No.  1:25-cv-02450-CEF<br><br>JUDGE CHARLES E. FLEMING<br><br>NOTICE OF SETTLEMENT |

　　　　Plaintiff Dominic Roche Girard and Defendant CWPVA, Inc. have reached an agreement in principle to settle this.  Accordingly, the parties request that all deadlines in the case be stayed for a period of 45 days so that the parties can finalize the documentation of the agreement, process the payment of the settlement, and submit a stipulated notice of dismissal with prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　　Anthony I. Paronich, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

　　　　　　　　　　　　　　　　　　　Brian T. Giles (0072806)
　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF BRIAN T. GILES
　　　　　　　　　　　　　　　　　　　1470 Apple Hill Road
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45230
　　　　　　　　　　　　　　　　　　　Telephone:  (513) 379-2715
　　　　　　　　　　　　　　　　　　　Brian@GilesFirm.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

2

*/s/ Gregory R. Farkas*
Marc A. Sanchez (0063998)
msanchez@frantzward.com
Gregory R. Farkas (0069109)
gfarkas@frantzward.com
**FRANTZ WARD LLP**
200 Public Square, Suite 3000
Cleveland, Ohio 44114
(216) 515-1660

*Attorneys for Defendant*