**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DOMINIC ROCHE GIRARD, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CWPVA, INC. d/b/a HOME GENIUS EXTERIORS<br><br>    *Defendant.* | Case No.  1:25-cv-02450-CEF<br><br>JUDGE CHARLES E. FLEMING |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed

without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 27th day of March, 2026.


*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*/s/ Gregory R. Farkas*
Marc A. Sanchez (0063998)
msanchez@frantzward.com
Gregory R. Farkas (0069109)
gfarkas@frantzward.com
**FRANTZ WARD LLP**
200 Public Square, Suite 3000
Cleveland, Ohio 44114
(216) 515-1660

2

*Attorneys for Defendant*

2