## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DOMINIC ROCHE GIRARD, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CWPVA, INC. d/b/a HOME GENIUS EXTERIORS<br><br>    *Defendant.* | Case No.  1:25-cv-02450-CEF<br><br>JUDGE CHARLES E. FLEMING |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 27th day of March, 2026.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: March 27, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

/s/ Gregory R. Farkas
Marc A. Sanchez (0063998)
msanchez@frantzward.com
Gregory R. Farkas (0069109)
gfarkas@frantzward.com
**FRANTZ WARD LLP**
200 Public Square, Suite 3000
Cleveland, Ohio 44114
(216) 515-1660